

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 7, 2008

**BY HAND**
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
New York, NY 10007



    Re:    <u>Sealed Indictment 07 Cr. 1125</u>

Dear Magistrate Judge Fox:

    The Government respectfully requests that the above-referenced indictment be unsealed so that it can be provided to the charged defendants. Six of the twelve charged defendants will be presented in this district today, having been arrested this morning. Other defendants were arrested in other part of the United States.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  UNITED STATES ATTORNEY

                        By: _____
                           Arlo Devlin-Brown
                           Assistant United States Attorney

SO ORDERED: _____
                Kevin N. Fox
                United States Magistrate Judge

DATED: 1/7/08