**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against
Carl Maraco
_____

(Alias) _____

_____
                    Please PRINT Clearly
```

07 CR 1125
_____
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF**
**APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

    1. [ ] CJA     2. [X] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [X] NO   [ ] YES - IF YES GIVE YOUR DATE OF
                                              ADMISSION. MO. Sept    YR. 2007

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE  New York  STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       1-7-08

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Ivan Fisher / Scott Drater
Attorney for Defendant

Ivan Fisher Law Firm
Firm name if any

251 E. 61st St
Street address

New York  ,  NY    10021
City          State      Zip

212-517-5000
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1-7-08