AUSA Arlo Devlin-Brown
212.637.2506

**ORIGINAL**

CR 12 (Rev. 6/82)

## WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARMEN CICALESE, et al. | DOCKET NO.<br>**07 CRIM 1125** | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>CARL MURACO,<br>A/K/A "SHEEPSHEAD" | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

conspiracy, gambling, money laundering

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1955, 1956 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>12/11/07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12/11/__ | NAME AND TITLE OF ARRESTING OFFICER<br>Chris Bryzelak(?)<br>Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER<br>C. Bryzelak(?) |
|---|---|---|
| DATE EXECUTED<br>1/07/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.