# IVAN STEPHAN FISHER

### ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER
LUCAS E. ANDINO



KENNETH M. TUCCILLO
Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

January 28, 2008

Honorable George Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

*[signature]* George B. Daniel

JAN 2 9 2008

Re:    United States v. Carl Morocco
       07 Cr. 1125

Dear Judge Daniels:

      I write with the consent of the government for permission for my client to waive his appearance before the Court at the initial status conference in this case now scheduled to occur before you on Wednesday, January 30, 2008, at 9:30 a.m..

      Regrettably, my client's aunt has passed away and her funeral is scheduled for Wednesday morning at 9:00 a.m..

Very truly yours,

*[signature]*

Ivan S. Fisher

cc:    A.U.S.A. Arlo Devlin Brown