USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 1 2008

IVAN STEPHAN FISHER
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

IVAN STEPHAN FISHER

SCOTT DRUKER

KENNETH M. TUCCILLO

Of Counsel

Tel.: (212) 517-5000
Fax: (212) 486-7701

August 19, 2008

**SO ORDERED**
The sentencing is adjourned to October 1, 2008 at 10:00 a.m.
AUG 2 1 2008
HON. GEORGE B. DANIELS

<u>VIA FACSIMILE (212) 805-6737</u>
The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: *United States v. Carl Muraco*
07 Cr. 01125 (GBD)

Dear Judge Daniels,

  I write to respectfully request an adjournment of tomorrow's proceedings on behalf of my client, Carl Muraco. As of this morning, I have not received a copy of Mr. Muraco's presentence report. Needless to say, I will not be able to adequately prepare for my client's sentencing. As of this moment, I am unaware of the government's position regarding this application. I called AUSA Devlin Brown, but have been unable to reach him as yet.
  In an effort to avoid possible conflicting dates, I will be starting trial in *United States v. Noorzai 05 Cr. 19(DC)* on September 9th, 2008. This is expected to last one month. Thank you for your consideration.

Very truly yours,

Ivan Fisher, Esq.

Cc: AUSA Arlo Devlin Brown